JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rachelle Lockhart, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Smith's Food & Drug Centers, Inc.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200<br><br>Defendants. | Case No. 2:20-cv-02200-RFB-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties and their counsel of record have agreed upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff RACHELLE LOCKHART, in Proper Person, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1.   This case and all claims of against all Defendants shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 6718221.1

2. That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this 28th day of December, 2021.

| | |
|---|---|
| RACHELLE LOCKHART | COOPER LEVENSON, P.A. |
| Rachelle Lockhart<br>Appearing Pro Se | /s/ Jerry S. Busby<br>Jerry S. Busby, Esq.<br>Nevada Bar No. 1107<br>3016 West Charleston Boulevard, #195<br>Las Vegas, NV  89102<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED, Case Dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED:   December 29, 2021

CLAC 6718221.1

2